# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1212

_____

United States of America

*Plaintiff - Appellee*

v.

Louis Sayles

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: June 16, 2015
Filed: June 18, 2015
[Unpublished]

_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

At a supervised-release revocation hearing, Louis Sayles admitted to the district court[1] that he had committed several Grade C violations of his release

---

[1] The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

conditions while serving a second period of supervised release. The court revoked supervised release, and after hearing argument from both sides as to an appropriate revocation sentence and giving Sayles the opportunity for allocution, the court sentenced him to 15 months in prison with no additional supervised release. On appeal, Sayles contends that the sentence is substantively unreasonable because the district court did not adequately consider the 18 U.S.C. § 3553(a) sentencing factors. After careful review of the district court's remarks at the revocation hearing, we reject Sayles's argument, and conclude that the court did not abuse its discretion. See United States v. Miller, 557 F.3d 910, 915-16 (8th Cir. 2009) (standard of review). The judgment is affirmed, and we grant counsel leave to withdraw.

_____